[Crim. No. 2608.  In Bank.—February 26, 1924.]

In re E. C. BOYNTON on Habeas Corpus.

[1] EMPLOYMENT AGENCIES—CHARGE OF ILLEGAL OPERATION—HABEAS CORPUS.—On this proceeding in *habeas corpus* to procure discharge of petitioner from custody on a charge of operating an employment agency contrary to law, the writ is granted and the petitioner discharged, on the authority of *In re Smith, ante,* p. 337.

APPLICATION for Writ of Habeas Corpus to discharge petitioner charged with illegally operating an employment agency. Writ granted.

The facts are stated in the opinion of *In re Smith, ante,* p. 337.

Fredericks & Hanna and Charles W. Lyon for Petitioner.

Clark, Nichols & Eltse and R. Clarence Ogden, *Amici Curiae.*

U. S. Webb, Attorney-General, Edwin W. Widney, Deputy Attorney-General, and J. M. Friedlander, City Prosecutor, for Respondent.

THE COURT.—The principle of law which rules *In re Smith, ante,* p. 337 [223 Pac. 971], is decisive of the instant case. The facts of the two cases are so similar in material respects as to bring both within the same rule of law. **[1]** Upon the authority of *Ex parte Smith* the writ is granted and the petitioner is released from custody.